# Exhibit 1

### SUPERIOR COURT
### OF THE DISTRICT OF COLUMBIA

Sheila Lang                          :
      plaintiff                     :

      v.                            : **Civil Case** 2020 CA 1065B
                                             Judge Yvonne Williams
District of Columbia Government :
      defendant                     :

      and                           :

Anna A. Krughoff                     :
      defendant                     :

### KENNETH MITCHELL AFFIDAVIT ABOUT SERVICE OF PROCESS ON ANNA KRUGHOFF

    I, Kenneth H. Mitchell, affirm, on this 10th day of April, 2020, that the following is true and accurate to the best of my knowledge, information, and belief:

    1. I am a resident of the District of Columbia, and I am more than eighteen years of age;

    2. On Wednesday, April 8, 2020, at 4:09 p.m. and at 4:13 p.m., I personally delivered by email to Ms. Anna Krughoff the summons, the initial order, the amendment to the initial order, and the original complaint from the lawsuit titled **Sheila Lang v. District of Columbia & Anna A. Krughoff** (2020-CA-1065 B), and I did so by personally delivering those documents by email to the Office of the Attorney General for the District of Columbia so as to serve those documents personally on defendant Anna

Krughoff, while at the same time protecting myself and others from the spread of the deadly corona virus;

3. When I served the summons, the initial order, and the original complaint in **Sheila Lang v. District of Columbia & Anna Krughoff** on Anna Krughoff, I did so on April 8, 2020, by, first of all, at 4:09 p.m., emailing as **Exhibit #1** the summons and the initial and amended order for Anna Krughoff and the original complaint to the Office of the Attorney General for the District of Columbia, and, in fact, I emailed those documents directly to that office's Deputy Attorney General Chad Copeland, to that office's Assistant Deputy Attorney General Stephanie Litos, and to that office's Staff Assistant Tonia Robinson;

4. Moreover, at 4:13 p.m. on April 8, 2020, I continued further to serve the summons, the initial order, and the complaint on Ms. Anna Krughoff by emailing as **Exhibit #2** the plaintiff's amended complaint and her initial discovery requests to Deputy Attorney General Copeland, to Assistant Deputy Attorney General Litos, and to Staff Assistant Robinson;

5. When I served the summons, the complaint, and the initial order on Anna Krughoff by emailing the previously listed documents to Deputy Attorney General Copeland, to Assistant Deputy Attorney General Litos, and to Staff

2

Assistant Robinson, I did so by emailing the documents to Copeland's, to Litos', and to Robinson's business email addresses at chad.copeland@dc.gov, stephanie.litos@dc.gov, and tonia.robinson@dc.gov;

6. Moreover, when I served the summons, the complaint, and the initial order on Anna Krughoff as previously described, I did so with the two attached emails from the plaintiff's lawyer to Deputy Attorney General Copeland, to Assistant Deputy Attorney General Litos, and to Staff Assistant Robinson; and

7. I served the summons, the complaint, and the initial order on Ms. Anna Krughoff by email to the Office of the Attorney General for the District of Columbia because that office agreed to receive service of process on behalf of defendant Anna Krughoff, and because that office allowed for email service of process on Ms. Krughoff so as to protect against preventable corona virus infections among the populace.

WHEREFORE, I, Kenneth Mitchell, affirm that this statement is my statement and that it is true and accurate

to the best of my knowledge, information, and belief.

Sincerely,

Kenneth H. Mitchell
RUFFIN LEGAL SERVICES
153 Galveston Place, S.W.
Suite 4
District of Columbia 20032

Notary Statement:

I certify that Mr. Kenneth H. Mitchell appeared before
me today, on April 10, 2020, and that I verified his
identity, and that he affirmed under oath that this
statement is his statement, and that this statement is true
and accurate to the best of his knowledge, information, and
belief.

Notary Public

My commission expires on _____

4

4/8/2020    Yahoo Mail - SHEILA LANG v. D.C., et al. (2020-CA-1065B) SUMMONS, COMPLAINT, INITIAL ORDER, AMENDED COMPLAINT & DISCOV...

Case 1:20-cv-01199-TSC   Document 1-1   Filed 05/08/20   Page 6 of 8

**EXHIBIT #1**

SHEILA LANG v. D.C., et al. (2020-CA-1065B) SUMMONS, COMPLAINT, INITIAL ORDER, AMENDED COMPLAINT & DISCOVERY REQUEST

From:   thomas ruffin (jska999@yahoo.com)

To:   chad.copeland@dc.gov; stepanie.litos@dc.gov; tonia.robinson@dc.gov

Date:   Wednesday, April 8, 2020, 04:09 PM EDT

Wednesday, April 8, 2020

Chad Copeland, Esq., Stephanie Litos, Esq., & Tonia Robinson
OFFICE OF THE ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA
441 4th Street, N.W.
District of Columbia 20001

Re: Service of Summons, Complaint, Initial Order, Amended Complaint & Discovery
Request in Sheila Lang v. District of Columbia & Anna Krughoff (2020-CA-1065B)

Dear Mr. Copeland, Ms. Litos & Ms. Robinson:

I am the lawyer for Ms. Sheila Lang, a teacher who formerly worked at Cleveland
Elementary School for the District of Columbia Public Schools. Ms. Lang recently filed a
**42 U.S.C. § 1983** lawsuit that alleged against the District of Columbia and a Cleveland
Elementary School principal both a violation of Ms. Lang's constitutional rights and
illegal discrimination in violation of federal law and the Human Rights Act of 1977.
With this and at least one other email, I attached the summons, the initial order, my
client's original complaint, her amended complaint, and her initial discovery request.

When I telephoned the Office of Attorney General this morning at about 11:00 a.m., I
learned that the office will accept service on the District of Columbia, that is, on the
mayor and on the attorney general, by way of emailing the summons, the complaint,
and the initial order to you. Also, when I telephoned the Office of Attorney General this
morning, I learned that the office would also accept service of the summons, the
complaint, and the initial order on behalf of Ms. Anna Krughoff, the principal of
Cleveland Elementary School, whom my client sues for Ms. Krughoff's actions under
"color of law".

For purposes of serving the summons, the complaint, the initial order, the amended
complaint, and the initial discovery on the District of Columbia (through Mayor Bowser
and Attorney General Racine) and on Ms. Anna Krughoff, my process server, Mr.
Kenneth Mitchell, shall send this email and the attached documents to you from my
email address. If you have questions about this matter, please call me at (202) 561-
2898.

Sincerely, Thomas Ruffin, Jr.
Attorney for Sheila Lang

4/8/2020　Yahoo Mail - SHEILA LANG v. D.C., et al. (2020-CA-1065B) SUMMONS, COMPLAINT, INITIAL ORDER, AMENDED COMPLAINT & DISCOV…

Case 1:20-cv-01199-TSC   Document 1-1   Filed 05/08/20   Page 7 of 8

RUFFIN LEGAL SERVICES
153 Galveston Place, S.W., Suite 4
District of Columbia 20032
(202) 561-2898

 SHEILA LANG SUMMONS & INITIAL ORDER (2020 CA 1065 B)(Mayor).pdf
972.1kB

 SHEILA LANG SUMMONS & INITIAL ORDER (2020 CA 1065 B)(Attorney General).pdf
975.4kB

 SHEILA LANG SUMMONS & INITIAL ORDER (2020 CA 1065 B)(Anna Krughoff).pdf
967.6kB

 SHEILA LANG ORIGINAL COMPLAINT (2020 CA 1065 B)(Feb. 12, 2020).pdf
6.8MB

4/8/2020   Yahoo Mail - Sheila Lang v. D.C., et al. (2020-CA-1065B) Summons, Complaint, Initial Order, Amended Complaint & Discovery Request

Case 1:20-cv-01199-TSC   Document 1-1   Filed 05/08/20   Page 8 of 8

**EXHIBIT #2**

## Sheila Lang v. D.C., et al. (2020-CA-1065B) Summons, Complaint, Initial Order, Amended Complaint & Discovery Request

From:  thomas ruffin (iska999@yahoo.com)

To:  chad.copeland@dc.gov; stephanie.litos@dc.gov; tonia.robinson@dc.gov

Date:  Wednesday, April 8, 2020, 04:13 PM EDT

Wednesday, April 8, 2020

Chad Copeland, Esq., Stephanie Litos, Esq., & Tonia Robinson
OFFICE OF THE ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA
441 4th Street, N.W.
District of Columbia 20001

Re: Service of Summons, Complaint, Initial Order, Amended Complaint & Discovery Request in Sheila Lang v. District of Columbia & Anna Krughoff (2020-CA-1065B)

Dear Mr. Copeland, Ms. Litos & Ms. Robinson:

I am the lawyer for Ms. Sheila Lang, a teacher who formerly worked at Cleveland Elementary School for the District of Columbia Public Schools. Ms. Lang recently filed a **42 U.S.C. § 1983** lawsuit that alleged against the District of Columbia and a Cleveland Elementary School principal both a violation of Ms. Lang's constitutional rights and illegal discrimination in violation of federal law and the Human Rights Act of 1977. With this and at least one other email, I attached the summons, the initial order, my client's original complaint, her amended complaint, and her initial discovery request.

When I telephoned the Office of Attorney General this morning at about 11:00 a.m., I learned that the office will accept service on the District of Columbia, that is, on the mayor and on the attorney general, by way of emailing the summons, the complaint, and the initial order to you. Also, when I telephoned the Office of Attorney General this morning, I learned that the office would also accept service of the summons, the complaint, and the initial order on behalf of Ms. Anna Krughoff, the principal of Cleveland Elementary School, whom my client sues for Ms. Krughoff's actions under "color of law".

For purposes of serving the summons, the complaint, the initial order, the amended complaint, and the initial discovery on the District of Columbia (through Mayor Bowser and Attorney General Racine) and on Ms. Anna Krughoff, my process server, Mr. Kenneth Mitchell, shall send this email and the attached documents to you from my email address. If you have questions about this matter, please call me at (202) 561-2898.

Sincerely, Thomas Ruffin, Jr.
Attorney for Sheila Lang

RUFFIN LEGAL SERVICES
153 Galveston Place, S.W., Suite 4
District of Columbia 20032
(202) 561-2898

SHEILA LANG AMENDED COMPLAINT (2020 CA 1065 B)(April 7, 2020).pdf
6.6MB

SHEILA LANG FIRST INTERROGATORIES & DOCUMENTS REQUEST (April 8, 2020).pdf
2.4MB